AE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LORILLARD TOBACCO COMPANY, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAHAR FOODS, INC., d/b/a SAHAR FOOD & LIQUOR, an Illinois corporation, AWADH HUSSAIN SALEH, an individual, SOBHI NASSER, an individual, and GAMAL AL-HELALI, an individual, <br><br> Defendants. | Civil Action No. 03C 5757 <br><br> Judge Lindberg <br><br> Magistrate Judge Ashman |

### **MEMORANDUM OF JUDGMENT**

Judgment was entered in favor of Plaintiff Lorillard Tobacco Company as follows:

1. On October 27, 2004, judgment was entered against Defendant Sobhi Nasser, whose last known address is 6936 N. Leoti, Chicago, IL 60646, in the amount of $25,000, and on March 3, 2005, attorneys' fees and costs were awarded against Nasser in the amount of $13,127.35 for a total judgment of $38,127.35.

2. On October 27, 2004, judgment was entered against Defendant Gamal Al-Helali, whose last known address is 3653 Irving Park Road, Chicago, IL 60618, in the amount of $25,000, and on March 3, 2005, attorneys' fees and costs were awarded against Al-Helali in the amount of $10,246.80 for a total judgment of $35,246.80.

3. On November 15, 2004, judgment was entered against Defendant Awadh Hussain Saleh, whose last known address is 6939 N. Leoti, Chicago, IL 60646, in the amount of $25,000, and on March 3, 2005, attorneys' fees and costs were awarded against Saleh in the amount of $13,840.60 for a total judgment of $38,840.60.

4. On January 24, 2005, judgment was entered against Defendant Sahar Foods, Inc., whose last known address is 1761 West Division, Chicago, IL 60622, in the amount of $25,000. Plaintiff Lorillard is also entitled to post-judgment interest, at the applicable statutory rate, from the date of entry of such judgment.

Dated: April 20, 2006

_____
The Honorable George W. Lindberg
United States Senior District Court Judge

Herbert H. Finn, ARDC 6205685
Howard K. Jeruchimowitz, ARDC 6243182
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400